<u>CRIMINAL CAUSE FOR / ON JURY TRIAL</u>

<u>BEFORE BLOCK., J.</u>    3/4/05.             TIME: 10AM.

<u>CR-01-1407(S2)(FB)</u>

<u>DEFT NAME:</u>    **TIN YAT CHIN**                # 1
✗ present    ___ not present    ___ cust.    ✗ bail

<u>DEFENSE COUNSEL:</u>    **LLOYD EPSTEIN**
✗ present    ___ not present    ___ CJA   ___ RET.   ___ LAS


<u>A.U.S.A.:</u> MARGO BRODIE // ABIGAIL EVANS        CLERK:   MJI

<u>REPORTER:</u> Anthony F.                         OTHER: ____

<u>INT:</u> (LANG.-  )  ___

✗  CASE CALLED.    ✗  DEFT(S)____   APPEAR WITH COUNSEL.
_  JURY SELECTION ADJ'D TO _____.
_  JURY SELECTION HELD (BEFORE _____).
_  VOIR DIRE BEGINS. _  JURY TRIAL SET FOR _____.

_  JURORS SWORN AND TRIAL BEGINS._GOVT OPENS   _DEFT OPENS.
_  JURY TRIAL HELD.  ✗ . JURY TRIAL RESUMES.
✗  JURY TRIAL CONT'D TO 3/7/05 AT 10AM.
_  JURY TRIAL ENDS.

_  **GUILTY VERDICT** ON COUNTS _____.
_  **NOT GUILTY VERDICT** ON COUNTS _____.
_  SENTENCING TO BE SET BY PROBATION.
_  DEFT REMANDED.  _  DEFT CONT'D ON BAIL.

OTHER: WITNESS SWORN & TESTIFY, EXHIBITS OFFERED & ENTERED INTO EVIDENCE, COUNSEL GIVE SUMMATIONS,